# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00033-002　　　　　　　　DATE: September 01, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 5:00:34 - 5:24:56
CSO: J. McDonald

**APPEARANCES:**

Defendant: Jacob R.F. Mateo　　　　　　Attorney: Curtis C. Van de Veld
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: C. Marquez
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Curtis C. Van de Veld appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: October 24, 2006 at 9:30 A.M.
- Government and Pretrial recommended detention. Mr. Van de Veld argued for defendant's release.
- Detention hearing requested by Government is set for September 5, 2006 at 10:30 A.M.

NOTES: