**FILED**

DISTRICT COURT OF GUAM

SEP - 1 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00033-002** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **JUDITH A.F. MATEO and JACOB R.F. MATEO,** | |
| Defendants. | |

IT IS HEREBY ORDERED that **CURTIS C. VAN DE VELD** is appointed to represent defendant **JACOB R.F. MATEO,** in the above-entitled case.

Dated this 1st day of September, 2006.


JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM