# UNITED STATES DISTRICT COURT

District of Guam

UNITED STATES OF AMERICA

V.

JACOB R.F. MATEO
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: **CR-06-00033-002**

**FILED**
DISTRICT COURT OF GUAM
SEP -1 2006
MARY L.M. MORAN
CLERK OF COURT

Upon motion of the _____Government_____, it is ORDERED that a detention hearing is set for ___September 5, 2006___ * at ___10:30 A.M.___
                                         *Date*                                         *Time*

before ___**HONORABLE JOAQUIN V.E. MANIBUSAN, JR.**___
*Name of Judicial Officer*

___4th Floor, U.S. Courthouse, District Court of Guam, Hagatna, Guam___
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by the United States marshal ( _____
_____ ) and produced for the hearing.
            *Other Custodial Official*

Date: ___**SEPTEMBER 1, 2006**___

JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.