# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-06-00033-002　　　　　　　　　DATE: September 05, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:36:19 - 2:12:59; 2:16:39 - 3:11:33
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Jacob R.F. Mateo　　　　　　Attorney: Curtis Van de Veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　U.S. Agent: Marvin Desamito, DEA Task Force Agent
U.S. Probation: Carleen Borja　　　　U.S. Marshal: C. Marquez / G. Perez
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Detention Hearing**
- Agent Desamito sworn and examined.
- Parties argued their position regarding detention of the defendant.
- The Court Ordered the defendant be detained and stated its reasons.
- Accordingly, the defendant was remanded to the custody of the U.S. Marshals Service.

NOTES: