FILED
DISTRICT COURT OF GUAM
SEP 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUDITH A. F. MATEO and <br> JACOB R. F. MATEO, <br><br> Defendants. | CRIMINAL CASE NO. 06-00033 <br><br><br><br> **ORDER** |

The Government's Motion for Joinder requesting that the trial for the above-named defendants be joined with the trial of the defendant in <u>United States v. Robert Duenas Quidachay</u>, Criminal Case No. 06-00032, shall be set for oral argument on October 17, 2006, at 1:30 p.m. The defendants shall file a response to the motion no later than October 4, 2006. The Government may file a reply brief no later than October 11, 2006.

SO ORDERED this 20th day of September 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL