AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

JACOB R.F. MATEO

WARRANT FOR ARREST

Case Number: CR-06-00033-002

**FILED**
DISTRICT COURT OF GUAM
OCT - 3 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JACOB R.F. MATEO
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**X** Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

**COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE [21 U.S.C. §§ 841(a)(1) and 846]**

**COUNT III - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE [21 U.S.C. §841(a)(1)]**

**COUNT V - FORFEITURE ALLEGATION [18 U.S.C. §982 and 21 U.S.C. §§846 and 853]**

in violation of Title _____ United States Code, Section(s) _____

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

*[Signature]*
Signature of Issuing Officer

**August 30, 2006; Hagatna, Guam**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
# 142A BORJA ST. BARRIGADA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09.01.06 | TFO MARVIN DESAMITO | *[Signature]* |

ORIGINAL

Case 1:06-cr-00033    Document 28    Filed 10/03/2006    Page 1 of 2

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  **JACOB R.F. MATEO**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____