IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00033 |
| Plaintiff, ) | |
| vs. ) | |
| JACOB R.F. MATEO, ) | **ORDER** |
| Defendant. ) | |

The trial in the above-captioned case is scheduled to commence on October 24, 2006. On September 20, 2006, however, the United States filed a motion requesting that the trial herein be joined with the trial of the defendant in <u>United States v. Robert Duenas Quidachay</u>, Criminal Case No. 06-00032. <u>See</u> Motion, Docket No. 23. Said motion is scheduled to be heard by the Court on October 17, 2006. Accordingly, the present trial date is hereby vacated pending resolution of the motion for joinder and further order by the Court.

SO ORDERED this 3rd day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**