**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-06-00033-002　　　　　　　　　DATE: October 19, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　　Electronically Recorded: 1:59:34 - 2:08:48
CSO: N. Edrosa

---

**APPEARANCES:**
Defendant: Jacob R.F. Mateo　　　　　　　　Attorney: Curtis Van De Veld
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　　☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent: Marvin Desamito, DEA
U.S. Probation: Stephen Guilliot　　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Motion for Joinder of Defendants for Trial**
- Defense counsel stated that he has no opposition to the motion.
- Motion granted.
- Trial set for: November 21, 2006 at 9:30 A.M.
- Trial Documents due: November 14, 2006.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: The Court granted Mr. Van De Veld's request to set the trial date after November 14, 2006. The Court found that the ends of justice is served and that it outweighs the best interests of the public and the defendants in a speedy trial.