judithmateoind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 1 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB R.F. MATEO,<br><br>Defendant. | CRIMINAL CASE NO. 06-00033<br><br>**SUPERSEDING INDICTMENT**<br><br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**<br>[21 U.S.C. §§ 841(a)(1) & 846]<br>(Count I)<br><br>**POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. § 841(a)(1)]<br>(Counts II)<br><br>**FORFEITURE ALLEGATION**<br>[18 U.S.C. § 982; 21 U.S.C. §§ 846 & 853]<br>(Count III) |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**

Beginning on or about a date unknown to the grand jury, and continuing thereafter to and until August 17, 2006, in the District of Guam, the defendant herein, JACOB R.F. MATEO, Judith A.F. Mateo, and other co-conspirators both known and unknown, did unlawfully,

-1-

knowingly, and intentionally combine, conspire, confederate and agree together with each other to distribute in excess of 1.5 kilograms, net weight, of methamphetamine hydrochloride, also known as "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT II - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

On about August 17, 2006, in the District of Guam, the defendants herein, JACOB R.F. MATEO, did unlawfully and knowingly possess with intent to distribute in excess of five grams, net weight, of methamphetamine hydrochloride, also known as "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT III - FORFEITURE ALLEGATION

The allegations of Count I of this Information are hereby realleged and incorporated by reference for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 982, and Title 21, United States Code, Sections 846 and 853.

1. From their engagement in the violations alleged in Counts I of the Indictment, punishable by imprisonment for more than one year, the defendants, Judith A.F. Mateo and JACOB R.F. MATEO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), and Title 21, United States Code, Sections 853(a)(1) and (2), any and all real and/or personal property which was involved in the commission of the violations of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 1957 set forth in Count I, respectively, or traceable to such property including, but not limited to the following:

**CASH PROCEEDS**

Approximately $54,704.00 in U.S. Currency, in that such sum in aggregate was received in exchange for the distribution of controlled substances or is traceable thereto.

**AUTOMOBILES**

One 2006 silver Mazda RX8, Guam License Plate #DLR1306, VIN number JM1FE173560206165,

One 2002 Chevrolet Pickup, Guam License Plate #DLR1439, VIN number #1GCEC14V32Z129230,

**REAL PROPERTY**

All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments and easements described as follows: Lot No. 2343-9-1, Municipality of Barrigada, Guam, Estate Number 53632, suburban containing an area of 1,118 +/- square meters as said lot is marked and designated on Map Drawing No. 26-0975, recorded on October 28, 1975 in the Department of Land Management, Government of Guam, and all items confiscated on August 21st and 22nd, 2006 by the Guam Resident Office, Drug Enforcement Administration and the Guam Police Department as well as all of their interest in:

    a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violation; and

    b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant Judith A.F. Mateo and JACOB R.F. MATEO:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent to the United States, pursuant to Title 21, United States Code, Section 853(p) to

-4-

1  seek forfeiture of any other property of said defendant up to the value of the above forfeitable
2  property.
3      All in violation of Title 18, United States Code, Section 982, and Title 21, United States
4  Code, Sections 846 and 853.
5      Dated this 1st day of November 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney