DISTRICT COURT OF GUAM
NOV -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00033 |
| Plaintiff, ) | |
| vs. ) | |
| JACOB R. F. MATEO, ) | **ORDER** |
| Defendant. ) | |

Due to a conflict with defense counsel's schedule, the Defendant's initial appearance and arraignment presently set for November 3, 2006, is hereby moved to **Monday, November 6, 2006, at 8:30 a.m.**

SO ORDERED this 3rd day of November 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

Case 1:06-cr-00033   Document 36   Filed 11/03/2006   Page 1 of 1