# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**JACOB R.F. MATEO**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   CR-06-00033 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before:   **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>**Grand Jury Room** |
|---|---|
| | Date and Time<br>**Friday, November 3, 2006 at 10:15 a.m.** |

To answer a(n)
- [X] Superseding Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (COUNT 1)

21:841(a)(1) - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (COUNT 2)

18:982; 21:846 & 853 - FORFEITURE ALLEGATION (COUNT 3)

**FILED**
DISTRICT COURT OF GUAM
NOV - 3 2006
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
NOV 03 2006
US MARSHALS SERVICE-GUAM

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

November 1, 2006
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date 11/3/2006

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: DOC

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11/3/2006
            Date

J. Sals
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.