# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00033-002　　　　　　　　　　DATE: November 06, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 8:43:48 - 8:48:51
CSO: N. Edrosa

---

**APPEARANCES:**
Defendant: Jacob R.F. Mateo　　　　　　Attorney: Curtis Van de Veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Initial Appearance and Arraignment re Superseding Indictment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Superseding Indictment.
- Plea entered: Not guilty to all counts in the Superseding Indictment.
- Trial date to remain as previously scheduled for: November 21, 2006 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: