mateoquidachaywit

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 14 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB R.F. MATEO,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00033<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1) Marvin.R. Desamito
   Task Force Officer, Drug Enforcement Administration

2) Antonio Marquez
   Resident Agent in Charge, Drug Enforcement Administration

3) Kenneth L. Bowman
   Special Agent, Drug Enforcement Administration

4) Paul Griffith
   Special Agent, Drug Enforcement Administration

5) Eugene M. McDonald
   Task Force Agent, Drug Enforcement Administration

6) Nathan Salazar
   Forensic Chemist, Drug Enforcement Administration

ORIGINAL

7) Hoang Nguyen
   Special Agent, Alcohol, Tobacco & Firearms

8) Charles Sedberry
   Special Agent, Alcohol, Tobacco & Firearms

9) Efren A. Amaguin
   Police Officer, Guam Police Department

10) MaryJane Raval
    Police Officer, Guam Police Department

11) Carl J. Nesmith
    Police Officer, Guam Police Department

12) Anthony J. Arriola
    Police Officer, Guam Police Department

13) Mike L. Elliot
    Police Officer, Guam Police Department

14) John T. Flores
    Police Officer, Guam Police Department

15) Darren J. Caldwell
    Police Officer, Guam Police Department

16) Mike C. Perkins
    Police Officer, Guam Police Department

17) Frank R. Santos
    Police Officer, Guam Police Department

18) B.K. Flores
    Police Officer, Guam Police Department

19) Leroy Leon Guerrero
    Police Officer, Guam Police Department

20) Troy A. Morrison
    Police Officer, Guam Police Department

21) Philip F. Paulino
    Police Officer, Guam Police Department

22) Aida P. Pierce
    Police Officer, Guam Police Department

23) Jason P.B. Aguon
    Police Officer, Guam Police Department

24) Ryan C. Mesa
    Agana Heights, Guam

| | | |
|---|---|---|
|1| 25) | Matthew T. Pipes<br>Mong Mong, Guam |
|2| | |
| | 26) | David P. Bautista<br>Dededo, Guam |
|3| | |
|4| 27) | Jose I. Cruz<br>Tamuning, Guam |
|5| | |
| | 28) | Rowena Camacho<br>Tamuning, Guam |
|6| | |
|7| 29) | Pierre Pangelinan<br>Ipan, Guam |
|8| | |
| | 30) | Judith Mateo<br>Mangilao, Guam |
|9| | |

Respectfully submitted this \_\_14th\_\_ day of November 2006

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ ROSETTA L. SAN NICOLAS
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney