mateoquidachayver

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00033 |
| Plaintiff, | |
| vs. | **UNITED STATES' VERDICT FORMS** |
| JACOB R.F. MATEO, | |
| Defendant. | |

COMES NOW the United States and provides the proposed Verdict Forms for use concerning defendant JACOB R.F. MATEO.

Respectfully submitted this 14th day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JACOB R.F. MATEO,<br><br>　　　　　Defendant. | ) CRIMINAL CASE NO. 06-00033<br>)<br>)<br>)<br>) **VERDICT FORM**<br>)<br>)<br>)<br>) |

**COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury in the above-entitled action, hereby FIND the defendant JACOB R.F. MATEO: Violation of Title 21, United States Code, Sections 841(a)(1) and 846:

　　/　/　　　NOT GUILTY

　　/　/　　　GUILTY

as charge in Count 1 of the Indictment.

1.　　If you find that the defendant JACOB R.F. MATEO guilty as charged in Count I of the Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant JACOB R.F. MATEO conspired to distribute was methamphetamine hydrochloride?

　　_____　　Yes

　　_____　　No

//
//

2. If you find beyond a reasonable doubt that the controlled substance JACOB R.F. MATEO conspired to distribute was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant JACOB R.F. MATEO either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed by other co-conspirators in furtherance of the conspiratorial agreement was:

_____ at least 50 grams or more of methamphetamine hydrochloride;

OR

_____ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of methamphetamine hydrochloride.

### COUNT II - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

We, the Jury in the above-entitled action, hereby FIND the defendant JACOB R.F. MATEO: Violation of Title 21, United States Code, Sections 841(a)(1):

/ / NOT GUILTY

/ / GUILTY

as charge in Count II of the Indictment.

1. If you find that the defendant JACOB R.F. MATEO guilty as charged in Count II of the Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant JACOB R.F. MATEO possessed with intent to distribute was methamphetamine hydrochloride?

_____ Yes

_____ No

2. If you find beyond a reasonable doubt that the controlled substance JACOB R.F. MATEO possessed with intent to distribute was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant JACOB R.F. MATEO possessed with intent to distribute was either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed was:

    \_\_\_\_\_ at least 50 grams or more of methamphetamine hydrochloride;

    OR

    \_\_\_\_\_ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

    OR

    \_\_\_\_\_ a detectable amount but less than 5 grams of methamphetamine hydrochloride

DATED this \_\_\_ day of _____, 2006, at Hagatna, Guam.

_____
FOREPERSON