mateoquidachayexpert

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

NOV 1 4 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00033 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **NOTICE OF INTENT TO USE** |
| | ) **EXPERT TESTIMONY** |
| JACOB R.F. MATEO, | ) |
| Defendant. | ) |

Comes now the United States, through Assistant U.S. Attorney Rosetta L. San Nicolas and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call Nathan Salazar, Forensic Chemist as an expert at trial. Forensic Chemist Nathan Salazar will testify concerning his findings, conclusions, opinions, and bases for his opinions. His opinions will be based on a forensic examination of the evidence recovered from the defendant on August 17, 2006. His conclusions and opinions were formulated as a result of the examination and testing of the evidence confiscated from the defendant. In addition, Forensic Chemist Nathan Salazar will testify concerning how a determination is made of a drug

ORIGINAL

1  ingredient, the methods and reasons for such, as well as explaining terminology and findings

2  contained within the laboratory reports themselves.

3  Respectfully submitted this 11th day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2