mateoquidachayequip

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 14 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB R.F. MATEO,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00033<br><br>**UNITED STATES' REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning November 21, 2006.

RESPECTFULLY SUBMITTED this __15th__ day of November 2006.

                                          LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

By: _____
         ROSETTA L. SAN NICOLAS
         Assistant U. S. Attorney

ORIGINAL