LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACOB R.F. MATEO,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00033<br><br>**O R D E R**<br>Government's Request for Use<br>of Court's Equipment |

Through a request by the Government to use the Court's Digital Evidence Presentation System at the trial beginning on November 21, 2006;

**IT IS SO APPROVED AND ORDERED** the 15th day of November 2006.

　　　　　　　　　　　　　FRANCES TYDINGCO-GATEWOOD
　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　District Court of Guam

ORIGINAL