# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00033-002      DATE: November 17, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:13:24 - 10:38:20
CSO: J. Lizama

**APPEARANCES:**
Defendant: Jacob R.F. Mateo      Attorney: Curtis Van de Veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made in the plea agreement. Parties had no objections to the changes.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Parties stipulate for sentencing purposes that the quantity of drugs involved is 5 grams.
- Plea entered: Guilty to Count I.
- Report and Recommendation executed by the Court.
- Status Hearing set for: December 18, 2006 at 10:00 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: