FILED
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00033 |
| Plaintiff. | |
| vs. | **REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN A FELONY CASE** |
| JACOB R. F. MATEO, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Count I of a Superseding Indictment charging him with Conspiracy to Distribute Methamphetamine Hydrochloride in an amount of five (5) to forty-nine (49) grams net weight, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Additionally, the defendant has consented to forfeit to the United States all property described in paragraph 3 of the Plea Agreement, including his interest in a 2002 Chevrolet Pickup, Guam License Plate #DLR1439, VIN number 1GCE14V32Z129230, United States Currency in the approximate amount of $45,000.00, and all items confiscated on August 21-22, 2006 by the Guam Resident Office, Drug Enforcement Administration and the Guam Police Department. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent

basis in fact establishing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. I further recommend that the defendant be directed to forfeit to the United States all property described above and in paragraph 3 of the Plea Agreement.

IT IS SO RECOMMENDED.

DATED this 17th day of November 2006.

JOAQUIN V. E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**