# ORIGINAL

jacobmateostp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

**FILED**

DISTRICT COURT OF GUAM

DEC 18 2006

MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00033 |
| | ) | |
| Plaintiff, | ) | **STIPULATED MOTION TO** |
| | ) | **CONTINUE STATUS HEARING** |
| vs. | ) | |
| | ) | |
| JACOB R.F. MATEO, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Curtis Van de Veld, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for December 18, 2006, and that it be continued for one (1) month, at a date and time to be selected by the court at it's convenience.

18 Dec. 06
DATE

CURTIS VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

12/18/06
DATE

By: 

ROSETTA SAN NICOLAS
Assistant U.S. Attorney