```
                                                         FILED
                                                  DISTRICT COURT OF GUAM
                                                       DEC 18 2006
                                                     MARY L.M. MORAN
                  DISTRICT COURT of GUAM              CLERK OF COURT
                  FOR THE TERRITORY OF GUAM
```

UNITED STATES OF AMERICA,  ) CRIMINAL CASE NO. 06-00033
) 
Plaintiff,  )
) **ORDER ACCEPTING PLEA OF GUILTY**
vs.  ) **AND ADJUDICATING GUILT, AND**
) **NOTICE OF SENTENCING**
JACOB R. F. MATEO,  )
)
Defendant.  )
_____)

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of a Superseding Indictment charging him with Conspiracy to Distribute Methamphetamine Hydrochloride in an amount of five (5) to forty-nine (49) grams net weight, in violation of 21 U.S.C. §§ 841(a)(1) and 846, is now Accepted and the Defendant is Adjudged Guilty of such offense. The court further accepts the recommendation that the defendant forfeit to the United States all property described in paragraph 3 of the Plea Agreement, including his interest in a 2002 Chevrolet Pickup, Guam License Plate #DLR1439, VIN number 1GCE14V32Z129230, United States Currency in the approximate amount of $45,000.00, and all items confiscated on August 21-22, 2006 by the Guam Resident Office, Drug Enforcement Administration and the Guam Police Department. Sentencing shall be set at a later date.

IT IS SO ORDERED.

DATED this 15th day of December 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

**ORIGINAL**