LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00033 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | **Continuing Status Hearing** |
| ) | (Second Request) |
| JACOB R.F. MATEO, ) | |
| ) | |
| Defendant. ) | |

Upon the stipulation by the parties and for good cause shown,

**IT IS SO ORDERED** that the Status Hearing currently scheduled for January 18, 2007, is hereby rescheduled to March 20, 2007, at 2:30 p.m.

January 10, 2007
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**