LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00033-02 |
| Plaintiff. | |
| vs. | **O R D E R**<br>**Re: Stipulation of Parties** |
| JACOB R.F. MATEO, | |
| Defendant. | |

Based on the Stipulation of Parties filed July 3, 2007, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the June 27, 2007, status hearing be vacated, *nunc pro tunc* to June 27, 2007. Furthermore, sentencing is hereby set for November 7, 2007, at 9:30 a.m. The presentence report shall be provided to the parties no later than October 3, 2007. The parties shall file their responses to the presentence report and sentencing positions no later than October 17, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than October 31, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 07, 2007**