JacobMateo.CON

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE CASE NO. 06-00033 |
| Plaintiff, | |
| vs. | **CONSENT DECREE OF FORFEITURE** |
| JACOB R.F. MATEO, | |
| Defendant. | |

**WHEREAS**, the defendant JACOB R.F. MATEO, has pled guilty to the following counts of a Superseding Indictment: Count I, charging him with Conspiracy to Distribute Methamphetamine Hydrochloride (ice) in an amount of 5 to 49 grams net weight, in violation of Title 21, U.S.C. §§ 841(a)(1) and 846, and Count III charging Forfeiture pursuant to Title 18, U.S.C. § 982 and Title 21, U.S.C. §§ 846 and 853, and

**WHEREAS**, the United States of America, pursuant to Count III (Forfeiture) of the Superseding Indictment, filed November 1, 2006, alleges that certain properties specified therein are proceeds in which the defendant JACOB R.F. MATEO, acquired or maintained an interest or had an interest which constituted or was derived from property obtained directly or indirectly

-1-

from the trafficking in controlled substances counts of which the defendant JACOB R.F. MATEO has pled guilty;

**NOW THEREFORE**, the United States of America by its attorney Rosetta L. San Nicolas, Assistant United States Attorney for the District of Guam, and defendant Jacob R.F. Mateo, and his attorney Curtis Van de Veld, hereby agree and stipulate that:

A. The defendant JACOB R.F. MATEO, has a legal interest in the following properties:

1) One 2002 Chevrolet Pickup, VIN Number 1GCEC14V32Z129230;

2) $45,000.00 United States Currency;

3) All items confiscated on August 21st and 22nd, 2006 by the Guam Resident Office, Drug Enforcement Administration and the Guam Police Department; and

4) And any other items which he had taken in trade for ice.

B. The properties set forth at Paragraph A above, were acquired and maintained and constitute and are derived from property obtained directly and indirectly in violation of Title 18, U.S.C. § 982(a)(1) and Title 21, U.S.C. §§ 853(a)(1) and (2), and are forfeitable thereby.

C. The defendant JACOB R.F. MATEO hereby waives any further notice to said forfeitures and also consents to forfeiture of all interest in the properties set forth at paragraph A

\\
\\
\\
\\
\\
\\
\\
\\
\\

-2-

Case 1:06-cr-00033   Document 86   Filed 08/10/2007   Page 2 of 3

above, including any and all income generated by said properties, and to entry by the Court of a Judgment of Forfeiture, pursuant to Title 18, U.S.C. § 982 and Title 21, U.S.C. §§ 846 and 853 for each of the properties set forth at paragraph A above.

DATED this \_\_9th\_\_ day of August 2007.

_____
JACOB R.F. MATEO
Defendant

_____
CURTIS VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

-3-

Case 1:06-cr-00033    Document 86    Filed 08/10/2007    Page 3 of 3