JJMateo.MPO

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 25 2007 mbo
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUDITH A. F. MATEO )<br>and JACOB R. F. MATEO, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL CASE NO. 06-00033 |

**MOTION OF THE UNITED STATES
FOR A PRELIMINARY ORDER OF FORFEITURE**

NOW COMES the United States of America, by and through the undersigned counsel, and moves this Court for a Preliminary Order of Forfeiture in the above-captioned case.

This motion is supported by the following:

1. On August 30, 2006, the defendants JUDITH A. F. MATEO and JACOB R. F. MATEO were named in a five count Indictment in this district, charging them with conspiracy to distribute methamphetamine, possession of methamphetamine with intent to distribute, possession of a firearm, and a forfeiture allegation, all in violation of Title 21, United States

-1-

Code, Sections 841(a)(1), 846 and 853, Title 18, United States Code, Sections 924(c)(1) and 982..

2. On November 1, 2006, the defendant JACOB R.F. MATEO was named in a three count Superseding Indictment in this district, charging him with conspiracy to distribute methamphetamine, possession of methamphetamine with intent to distribute, and a forfeiture allegation, all in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 853, Title 18, United States Code, Section 982.

3. The five count Indictment and the three count Superseding Indictment, further sought the forfeiture, pursuant to Title 21, United States Code, Section 853 of, including but not limited to, the following described personal property:

## PERSONAL PROPERTY

(a) 2006 Mazda RX-8 Sports Coupe automobile, Silver color,
VIN: JM1FE173560206165
Asset ID No. 06-DEA-472659;
(b) 2002 Chevrolet Pickup Truck, White color
VIN: 1GCEC14V32Z129230
Asset ID No. 06-DEA-472670;
(c) An approximate amount of $54,715.00 United States Currency;
Asset ID Nos. 06-DEA-472691, 06-DEA-472678, 06-DEA-484954
(d) All items confiscated on August 21st and 22nd, 2006 by the Guam Resident Office, Drug Enforcement Administration and the Guam Police Department; and
(e) And any other items which they had taken in trade for ice.

4. On September 20, 2006, defendant JUDITH A. F. MATEO pled guilty to Count 1 of the Indictment filed in this district (conspiracy to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Count 5, the forfeiture count, in violation of Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

5. On November 16, 2006, defendant JACOB R. F. MATEO pled guilty to Count 1 of a Superseding Indictment filed in this district (conspiracy to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Count 3, the forfeiture count, in violation of Title 18, United States Code, Section 982 and Title

1 | 21, United States Code, Section 853.

6. The United States is entitled to forfeit the subject property pursuant to Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

7. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to any known third parties asserting a legal interest in the subject property, and will publish, in a newspaper of general circulation, notice of the Court's Order and the intent of the United States to dispose of the subject property in such manner as the Attorney General may direct, pursuant to Title 21, United States Code, Section 853(n)(1).

**WHEREFORE**, the United States respectfully requests that this Court enter judgment of criminal forfeiture by issuing the proposed Preliminary Order of Forfeiture, forfeiting to the United States the interest of the defendants JUDITH A. F. MATEO and JACOB R. F. MATEO in the properties described above, and ordering the United States to seize forthwith the subject properties and dispose of it in accordance with the law.

Respectfully submitted this 24th day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant United States Attorney

-3-