# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 06-00033-002 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING HEARING** |
| | ) | |
| JACOB R.F. MATEO | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for November 7, 2007 to December 7, 2007. The continuance is necessary for the probation officer to obtain additional information regarding the defendant's offense conduct and personal history.

RESPECTFULLY submitted this __3rd__ day of October 2007.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:   /s/ STEPHEN P. GUILLIOT
U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:  Rosetta San Nicolas, AUSA
     Curtis Van De Veld, Defense Counsel