# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

**UNITED STATES OF AMERICA**

V.

**NOTICE**

**JACOB R.F. MATEO**  CASE NUMBER: **CR-06-00033-002**

TYPE OF CASE:

☐ CIVIL  X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | December 7, 2007 at 9:30 A.M. | December 13, 2007 at 9:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 23, 2007    Virginia T. Kilgore
DATE                  /s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Curtis Van de Veld
     U.S. Probation Office
     U.S. Marshals Service