LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO SEAL JUSTIFICATION** |
| | ) | |
| JACOB MATEO, | ) | |
| | ) | |
| Defendant. | ) | |

Through a motion to file justification under seal having come before this Honorable Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the justification is to be filed under seal and remain sealed until the conclusion of the case.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Dec 06, 2007**