

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500 Sirena Plaza
238 Archbishop Flores Street
Agana, Guam 96910
PHONE: 472-7332
FAX: 472-7334

FILED
DISTRICT COURT OF GUAM

DEC - 6 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00033 |
|---|---|
| Plaintiff, | ) |
| vs. | ) GOVERNMENT'S MOTION FOR |
| | ) DECREASE FOR ACCEPTANCE |
| | ) OF RESPONSIBILITY (3E1.1(b)) AND |
| | ) MOTION FOR A DOWNWARD |
| | ) DEPARTURE BASED ON |
| | ) SUBSTANTIAL ASSISTANCE (5K1.1) |
| JACOB R.F. MATEO, | ) |
| Defendant. | ) |

### Government's Motion based on 3E1.1(b)

The United States hereby moves this Honorable Court for a departure from the Guidelines total offense level of 32 to 29, as provided by USSG Section 3E1.1(b), on the basis that defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty. As such, the Government has avoided preparing for trial and the defendant has permitted both the Government and the Court to allocate their resources efficiently. The United States moves to decrease the offense level by to level to **29**.

### Government's Motion based on 5K1.1

The United States hereby moves this Honorable Court for a downward departure from the

1 Guidelines to a total offense level of **25**, as provided by the USSG Section 5K1.1, on the basis
2 that defendant has rendered substantial assistance to the government in its investigation of drug
3 trafficking on Guam.
4       The government is filing under seal a separate sentencing memorandum concerning the
5 details of that cooperation. Defendant's present offense level of 29 calls for a range of 87-108
6 months incarceration. The government is recommending that the defendant's total offense level
7 be reduced by four levels to **25**, which provides for a range of 57-71 months incarceration. The
8 government is recommending that defendant receive 57 months incarceration.
9       RESPECTFULLY SUBMITTED this 4 day of December, 2007.

                          LEONARDO M. RAPADAS
                          United States Attorney
                          Districts of Guam and CNMI

           By:     _____
                     ROSETTA L. SAN NICOLAS
                     Assistant U.S. Attorney