☐ ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC - 6 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACOB MATEO,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 06-00033<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 3rd day of December, 2007.

　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　Districts of Guam and NMI

By: _____
　　ROSETTA L. SAN NICOLAS
　　Assistant U.S. Attorney