# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**UNITED STATES OF AMERICA**

V.

**JACOB R.F. MATEO**

**NOTICE**

CASE NUMBER: **CR-06-00033-002**

TYPE OF CASE:

☐ CIVIL     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | January 4, 2008 at 10:30 A.M. | January 21, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| January 4, 2008 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:    U.S. Attorney's Office
         The Vandeveld Law Offices
         U.S. Probation Office
         U.S. Marshals Service