JJMateoProperty.MFO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 10 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00033 |
| Plaintiff, | |
| vs. | **UNITED STATES MOTION FOR FINAL ORDER OF FORFEITURE** |
| JUDITH A.F. MATEO and JACOB R. F. MATEO, | |
| Defendants. | |

COMES NOW the United States of America, by and through Leonardo M. Rapadas, United States Attorney for the Districts of Guam and the Northern Mariana Islands, and Karon V. Johnson, Assistant United States Attorney for the District of Guam, to respectfully move this Honorable Court for a Final Order of Forfeiture in the above-captioned case, and in support thereof represents to the Court the following facts:

1. That on September 26, 2007, a Preliminary Order of Forfeiture was filed with this Court.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-

-1-

described forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. That the last day for any claimant to file a claim was December 14, 2007.

4. The United States published a Legal Notice, in compliance of notification of the Court's Preliminary Order of Forfeiture, in the Pacific Daily News, a newspaper of general circulation on October 31, 2007, November 7, 2007 and November 14, 2007. Said published Legal Notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties.

5. No other third party has made a claim to or declared any interest as to the forfeited properties, more particularly described as follows: (a) 2006 Mazda RX-8 Sports Coupe automobile, Silver color, VIN Number JM1FE173560206165, Asset ID No. 06-DEA-472659; (b) 2002 Chevrolet Pickup Truck, White color, VIN Number 1GCEC14V32Z129230, Asset ID No. 06-DEA-472670; (c) An approximate amount of $54,715.00 in United States Currency, Asset ID Nos. 06-DEA-472691, 06-DEA-472678, and 06-DEA-484954; (d) All items confiscated on August 21st and 22nd, 2006 by the Guam Police Department; and (e) Any other items which they had taken in trade for ice. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

**WHEREFORE**, the United States moves this Court for a Final Order of Forfeiture declaring the following properties:

(a) 2006 Mazda RX-8 Sports Coupe automobile, Silver color, VIN Number JM1FE173560206165, Asset ID No. 06-DEA-472659;
(b) 2002 Chevrolet Pickup Truck, White color, VIN Number 1GCEC14V32Z129230, Asset ID No. 06-DEA-472670;
(c) An approximate amount of $54,715.00 in United States Currency, Asset ID Nos. 06-DEA-472691, 06-DEA-472678, and 06-DEA-484954;
(d) All items confiscated on August 21st and 22nd, 2006 by the Guam Police Department; and
(e) Any other items which they had taken in trade for ice,

to be the properties of defendants JUDITH A. F. MATEO and JACOB R. F. MATEO, be forfeited as to all parties and vesting full right, title and interest in said properties in the United States and also directing the United States Marshal to dispose of said properties according to law.

Respectfully submitted this ___9th___ day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

-3-