JJMateoProperty.FIN

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00033 |
| Plaintiff, | ) | |
| vs. | ) | **FINAL ORDER OF FORFEITURE** |
| JUDITH A.F. MATEO and<br>JACOB R. F. MATEO, | ) | |
| Defendants. | ) | |

**WHEREAS**, on September 26, 2007, this Court entered a Preliminary Order of Forfeiture ordering defendants Judith A. F. Mateo and Jacob R. F. Mateo to forfeit the following properties:

(1) A 2006 Mazda RX-8 Sports Coupe automobile, Silver color, VIN Number JM1FE173560206165, Asset ID No. 06-DEA-472659;

(2) A 2002 Chevrolet Pickup Truck, White color, VIN Number 1GCEC14V32Z129230, Asset ID No. 06-DEA-472670;

(3) An approximate amount of $54,715.00 in United States Currency, Asset ID Nos. 06-DEA-472691, 06-DEA-472678, and 06-DEA-484954;

(4) All items confiscated on August 21st and 22nd, 2006 by the Guam Police Department; and

-1-

(5) Any other items which they had taken in trade for ice, and

**WHEREAS**, on October 31, 2007, November 7, 2007 and November 14, 2007, the United States published in the Pacific Daily News, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose said properties in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties; and

**WHEREAS**, on August 10, 2007, Consent Decrees of Forfeitures were entered into by the Assistant United States Attorney Rosetta San Nicolas, defendants Judith A. F. Mateo and Jacob R. F. Mateo, and their respective attorneys Rawlen Mantanona and Curtis Van de Veld; and

**WHEREAS**, the Court has been advised that no petitions have been filed.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the following properties:

(1) A 2006 Mazda RX-8 Sports Coupe automobile, Silver color, VIN Number JM1FE173560206165, Asset ID No. 06-DEA-472659;

(2) A 2002 Chevrolet Pickup Truck, White color, VIN Number 1GCEC14V32Z129230, Asset ID No. 06-DEA-472670;

(3) An approximate amount of $54,715.00 in United States Currency, Asset ID Nos. 06-DEA-472691, 06-DEA-472678, and 06-DEA-484954;

(4) All items confiscated on August 21st and 22nd, 2006 by the Guam Police Department; and

(5) Any other items which they had taken in trade for ice,

are the properties of defendants JUDITH A. F. MATEO and JACOB R. F. MATEO, are hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853(n).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all rights, titles and interests to the properties described above are hereby condemned, forfeited and vested in the

United States of America, and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the United States Marshal shall forthwith seize the forfeited properties and dispose of them in accordance with the law; and

**IT IS FURTHER ORDERED** that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Marshal Service management of any properties forfeited herein, and the proceeds from the sale of any forfeited properties, after the payment of costs and expenses incurred in connection with the forfeiture and sale and disposition of the forfeited properties, shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e); and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send copies of this Order to all counsels of record and three certified copies to the United States Marshal Service.

**So Ordered.**



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Jan 14, 2008**