AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM** _____

**UNITED STATES OF AMERICA**

V.

**JACOB R.F. MATEO**

## NOTICE

CASE NUMBER: **CR-06-00033-002**

TYPE OF CASE:

☐ **CIVIL**  X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | February 4, 2008 at 10:00 AM | March 3, 2008 at 1:30 PM |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 23, 2008  Virginia T. Kilgore
DATE  /s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Curtis Van de Veld
U.S. Probation Office
U.S. Marshals Service