# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ GUAM _____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE** |
| V. | |
| **JACOB R.F. MATEO** | CASE NUMBER: **CR-06-00033-002** |

TYPE OF CASE:

☐ CIVIL    X   CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 12, 2008 at 9:00 A.M. | CONTINUED TO DATE AND TIME<br><br>April 10, 2008 at 9:00 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| March 7, 2008 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:  U.S. Attorney's Office
     Curtis Van de Veld
     U.S. Probation Office
     U.S. Marshals Service