# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**JACOB R. F. MATEO**          CASE NUMBER:   **CR-06-00033-002**

TYPE OF CASE:

☐ **CIVIL**          **X   CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X**  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY<br>SCHEDULED<br><br>April 10, 2008 at 9:00 a.m. | CONTINUED TO DATE<br>AND TIME<br><br>April 4, 2008 at 10:00 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 27, 2008                    /s/ Carmen B. Santos

DATE                    (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
       Curtis Van de veld
       U.S. Probation Office
       U.S. Marshals Service