➥ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF       **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**JACOB R. F. MATEO**        CASE NUMBER:    **CR-06-00033-002**

TYPE OF CASE:
☐ CIVIL      X    **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 4, 2008 at 10:00 a.m. | CONTINUED TO DATE AND TIME<br><br>April 7, 2008 at 11:00 a.m. |
|---|---|---|

 

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

      March 28, 2008                /s/ Virginia T. Kilgore
DATE                                   (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
        Curtis Van de veld
        U.S. Probation Office
        U.S. Marshals Service