# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-06-00033-002                    DATE: April 07, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley                  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos          Electronically Recorded: 11:46:53 - 12:29:50
                Virginia T. Kilgore

---

**APPEARANCES:**

Defendant: Jacob R.F. Mateo                 Attorney: Curtis Van de veld
☑Present ☑Custody ☐Bond ☐P.R.              ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent: Ken Bowman, DEA
U.S. Probation: Stephen Guilliot
Interpreter:                                Language:

---

**PROCEEDINGS: Sentencing**

- Sentencing continued to 5/12/2008 at 10:00 AM. Messrs. Rapadas and Strand must attend 5/12/2008 sentencing.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: