ORIGINAL

THE VANDEVELD LAW OFFICES, P.C.
Mr. Curtis C. Van de veld, Esq.
Counselor and Attorney at Law
Historic House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: 671.472.4396/671.477.2020/671.488-0888
Facsimile: (671) 472-2561

*Attorney for Defendant:*
  JACOB R.F. MATEO



**FILED**
DISTRICT COURT OF GUAM

MAY 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES OF AMERICA

# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JACOB R.F. MATEO, <br> Defendant. | Criminal Case No. CR06-00033-002 <br><br> **STIPULATED REQUEST TO CONTINUE SENTENCING HEARING** |

COME NOW the UNITED STATES OF AMERICA by the United States Attorney Mr. Leonardo M. Rapadas, through Assistant United States Attorney Ms. Rosetta San Nicolas, Esq., and the Defendant JACOB R.F. MATEO by and through counsel, **THE VANDEVELD LAW OFFICES, P.C.**, by Mr. Curtis C. Van de veld, Esq., to stipulate and agree that the sentencing hearing scheduled for May 12, 2008, should be continued to a date in the last week of May 2008 for the following reasons:

  1.  Counsel for Defendant has recently been requested to provide legal service to a non-profit youth sports group, the Guam Football Association and requested to travel to Thailand leaving at noon on Monday May 12, 2008 and returning on May 19, 2008;

UNITED STATES OF AMERICA, Plaintiff v. JACOB R.F. MATEO, Defendant
STIPULATED REQUEST TO CONTINUE SENTENCING HEARING
CRIMINAL CASE NO. CR06-00033-002
Page 1

Case 1:06-cr-00033   Document 139   Filed 05/08/2008   Page 1 of 2

2. Government counsel will be unavailable due to travel from May 19, 2008 to the end of that week.

SO STIPULATED:

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Mr. LEONARDO M. RAPADAS, Esq.<br>United States Attorney<br>for the District of Guam<br><br>By: _____<br>**Ms. Rosetta San Nicolas, Esq.**<br>Assistant United States Attorney<br><br>Dated: MAY 07 2008 | THE VANDEVELD LAW OFFICES, P.C.<br><br><br><br>_____<br>Mr. Curtis C. Van de veld, Esq.<br>*Attorney for Defendant*<br>JACOB R.F. MATEO<br><br>Dated: May 7, 2008. |

UNITED STATES OF AMERICA, Plaintiff v. JACOB R.F. MATEO, Defendant
STIPULATED REQUEST TO CONTINUE SENTENCING HEARING
CRIMINAL CASE NO. CR06-00033-002
Page 2

Case 1:06-cr-00033   Document 139   Filed 05/08/2008   Page 2 of 2