1

**THE VANDEVELD LAW OFFICES, P.C.**
*Mr. Curtis C. Van de veld, Esq.*
Counselor and Attorney at Law
Historic House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: 671.472.4396/671.477.2020/671.488-0888
Facsimile: (671) 472-2561

*Attorney for Defendant:*
        JACOB R.F. MATEO

2

3

4

5

6

7

8

9

10          **UNITED STATES OF AMERICA**

11           **DISTRICT COURT OF GUAM**

| | |
|---|---|
| 12  UNITED STATES OF AMERICA | ) Criminal Case No. CR06-00033-002 |
| | ) |
| 13            Plaintiff, | ) |
| | ) |
| 14      vs. | ) **ORDER CONTINUING SENTENCING** |
| | ) **HEARING** |
| 15  JACOB R.F. MATEO, | ) |
| | ) |
| 16            Defendant. | ) |
| | ) |
| 17  _____ | ) |

18

19          THIS MATTER came before the court upon the stipulated request of the parties, the

20   UNITED STATES OF AMERICA by the United States Attorney Mr. Leonardo M. Rapadas,

21   through Assistant United States Attorney Ms. Rosetta San Nicolas, Esq., and the Defendant

22   JACOB R.F. MATEO by and through counsel, **THE VANDEVELD LAW OFFICES, P.C.**, by Mr.

23   Curtis C. Van de veld, Esq., to stipulate and agree that the sentencing hearing scheduled for

24   May 12, 2008, should be continued to a date in the last week of May 2008. The court finding

25

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
UNITED STATES OF AMERICA, Plaintiff v. JACOB R.F. MATEO, Defendant
ORDER CONTINUING SENTENCING HEARING
CRIMINAL CASE NO. CR06-00033-002                                        Page 1

Case 1:06-cr-00033   Document 140   Filed 05/09/2008   Page 1 of 2

1    good cause therefore, sets this matter for continued sentencing on May 27, 2008 at the hour of

2    9:30 a.m.

3        SO ORDERED.

5                             **/s/ Frances M. Tydingco-Gatewood**
                                   **Chief Judge**

6                            **Dated: May 09, 2008**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
UNITED STATES OF AMERICA, Plaintiff v. JACOB R.F. MATEO, Defendant
ORDER CONTINUING SENTENCING HEARING
CRIMINAL CASE NO. CR06-00033-002                          Page 2

Case 1:06-cr-00033     Document 140     Filed 05/09/2008     Page 2 of 2