**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00033-002　　　　　　　　　　DATE: May 27, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 9:46:07 - 10:47:00

**APPEARANCES:**
Defendant: Jacob R.F. Mateo　　　　　　Attorney: Curtis C. Van de veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent: K. Bowman, DEA
U.S. Probation: Stephen Guilliot
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Motion for downward departure by defense re safety valve - Granted. Government Motion for downward departure based on 5k1.1 - Granted.
- Defendant committed to the Bureau of Prisons for a term of 37 months with credit for time served
- Court recommends defendant be incarcerated at a facility on the west coast, preferably in California.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 2 years.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Forfeiture ordered
- Count II dismissed.

NOTES:

Defendant's request to visit his mother before departure-granted. Arrangements to be made by USMS.