# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## AMENDED MINUTES **
## SENTENCING

CASE NO.: CR-06-00033-002                     DATE: May 27, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 9:46:07 - 10:47:00 |

**APPEARANCES:**

Defendant: Jacob R.F. Mateo                     Attorney: Curtis C. Van de veld

☑Present ☑Custody ☐Bond ☐P.R.          ☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Rosetta San Nicolas             U.S. Agent: K. Bowman, DEA

U.S. Probation: Stephen Guilliot

Interpreter:                                    Language:

**PROCEEDINGS: Sentencing**

- Motion for downward departure by defense re safety valve - <u>Granted</u>. Government Motion for downward departure based on 5k1.1 - Granted.
- Defendant committed to the Bureau of Prisons for a term of <u>37 months with credit for time served</u>
- Court recommends defendant be incarcerated at <u>a facility on the west coast, preferably in California</u>.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u> 4  years.</u> **
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Forfeiture <u>ordered </u>
- Count II dismissed.

NOTES:

Defendant's request to visit his mother before departure-granted. Arrangements to be made by USMS.

** Amended to reflect correct term of supervised release.